# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CO2 DESIGN GROUP, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:10-cv-00053-KJD-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HARRAH'S IMPERIAL PALACE CORP., ) | (Mtn to Withdraw - Dkt. ##54, 55) |
| ) | |
| Defendant. ) | |

This matter is before the court on the Unopposed Motions to Withdraw (Dkt. ##54, 55), both filed January 10, 2012. Gabriel A. Halami and Sonia Y. Lee seek to withdraw as co-counsel for Plaintiffs CO2 Design Group, Inc. and Coco Benouaiche. The Motion represents that Plaintiffs will continue to be represented by J. Scott Murphy. However, although Mr. Murphy is admitted to practice in this District, the docket does not reflect that he maintains his office in Nevada. Local Rule IA 10-1(b) requires he associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney who maintains an office in Nevada to accept service of all papers, process, or pleadings . *Id.* Additionally, Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) in this case was filed on January 13, 2010. The discovery cutoff has been extended to until February 13, 2012 and the court has advised counsel that no further extensions will be allowed.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motions to Withdraw (Dkt. ##54, 55) are GRANTED.

2. Plaintiffs shall continue to be represented by Mr. J. Scott Murphy.

///

3.  Mr. Murphy shall comply with Local Rule IA 10-1(b) and either associate a licensed Nevada attorney who maintains an office in Nevada or designate a licensed Nevada attorney who maintains an office in Nevada to accept service of all papers, process, or pleadings in this matter on or before **February 13, 2012.**

Dated this 12th day of January, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE