# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CO2 DESIGN GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARRAH'S IMPERIAL PALACE CORP., <br><br> Defendant. | Case No. 2:10-cv-00053-KJD-PAL <br><br> **ORDER** <br><br> (Substitution of Counsel - Dkt. #67) |

This matter is before the court on a Substitution of Attorneys (Dkt. #67) filed March 1, 2012. It seeks to substitute James E. Whitmire and Jason D. Smith of Santoro Whitmire in the place and stead of the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson as attorneys for Defendant Harrah's Imperial Palace Corporation d/b/a Harrah's Imperial Palace Hotel & Casino in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." A review of the docket reflects that Mssrs. Whitmire and Smith have represented since the beginning of this case. It appears that counsel have reorganized or changed law firms.

Accordingly,

///

///

///

**IT IS ORDERED** that Defendant's request to substitute James E. Whitmire and Jason D. Smith of Santoro Whitmire in the place and stead of the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 5th day of March, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE