JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
jsmith@santoronevada.com
SANTORO WHITMIRE
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone:   702/948-8771
Facsimile:    702/948-8773

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CO2 DESIGN GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S IMPERIAL PALACE CORPORATION, a Nevada corporation d/b/a HARRAH'S IMPERIAL PALACE HOTEL & CASINO; and DOES I through X, inclusive,<br><br>Defendant. | CASE NO.:   2:10-cv-00053-KJD-PAL<br><br>**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**<br><br>**(AT REQUEST OF COURT)** |

Plaintiff CO2 DESIGN GROUP, INC. and Defendant HARRAH'S IMPERIAL PALACE CORP., by and through their respective undersigned counsel, and pursuant to LR 26-4(e), LR 6-1 and Fed. R. Civ. P. 26, hereby file this Stipulation and [Proposed] Amended Scheduling Order as the Court requested of the parties during the hearing conducted before Magistrate Judge Peggy A. Leen on February 14, 2012.[1]

---

[1] Given the Court's familiarity with this matter, the parties are not presenting a detailed history regarding the discovery in this matter.  Rather, the parties are attempting to move this case

I.      **Brief Procedural History**

On February 14, 2012, the parties appeared before Magistrate Judge Peggy A. Leen. During this hearing, Magistrate Judge Leen specifically ordered certain depositions, and further ordered the parties to meet and confer regarding the discovery schedule for the remainder of the case. The parties have since met and conferred, depositions have occurred, depositions are scheduled to occur and the parties have agreed upon the following proposed plan for the Court's consideration. The proposed scheduling order set forth below is intended to bring this matter back on track such that the remaining discovery to be completed in this case (which is further detailed below) may be concluded within a reasonably brief time period and in a manner that allows the parties to properly prepare the case for trial.

II.     **Depositions Conducted Since Last Court Appearance and Currently Scheduled Plan Pursuant to Meet and Confer By the Parties:**

A.      **Defendants' Recent Efforts and Outlined Current Discovery Plan**

1.      On March 1, 2012 -- within a few weeks of the previous hearing -- Defendant took the telephonic depositions, for records keeping practices purposes, of Plaintiff's witnesses Pascal Berugel and Corinne Benouaiche. As a result of those depositions, the parties have a much better understanding of Plaintiff's recordkeeping and sources of documents.

2.      An inspection of the physical records for Plaintiff's business is scheduled to be conducted in Los Angeles, California on April 4, 2012.

3.      The deposition of Accountant Doug Smith is scheduled to be taken in Los Angeles, California on April 5, 2012.

4.      The parties are currently working on logistical arrangements to take the depositions of Elisa Baneulos, Blaise Abergel and/or bookkeeper Jennisa Klein during remaining portions of April 4 and April 5, 2012 in Los Angeles, California.

--------------------
(continued)
forward without unduly repeating historical matters. To the extent the Court wishes to receive a more detailed presentation, the parties are certainly prepared to respond.

5. A "second wave" of depositions is scheduled to occur in Los Angeles within a short time after the document inspection referenced in paragraph 2 above. The second Los Angeles visit is anticipated to occur on or about April 16-17. Those to be deposed in the "second wave" are Pascal Berugel, Coco Benouaiche, Plaintiff's designated expert, Ron J. Anfuso, CPA and/or any persons identified in item 4 above who are not deposed in the first wave.

6. Defendant's expert disclosures, if any, will be served on or before May 21, 2012, 45 days from the document inspection that is to occur on April 4, 2012.

**B.  Plaintiff's Recent Efforts and Outlined Current Discovery Plan**

1. The Rule 30(b)(6) deposition of various hotel personnel is scheduled to be taken in Las Vegas, Nevada on March 30, 2012.

2. The deposition of Gerald Montano, a fact witness, from the Imperial Palace is scheduled to be taken in Las Vegas, Nevada on March 30, 2012.

3. The deposition of Dwayne Livingston, a former employee of the Defendant, is scheduled to be taken in Las Vegas, Nevada on March 30, 2012.

**C.  Over Arching Discovery Cut-Off Date**

1. The parties have agreed to an overarching discovery cut-off date to occur sixty (60) days after the disclosure of Defendants' Expert disclosures. This date is currently estimated to be July 20, 2012. Discovery that may occur, beyond that specified above, include depositions of the Defendant's designated expert, the disclosure of and/or deposition of any appropriate rebuttal expert or expert opinions, any ancillary witnesses and any supplemental discovery that may be needed after the depositions set forth above occur[2].

---

[2] Defendants do not concede that Plaintiff would be entitled to produce a rebuttal report or rebuttal opinions. Plaintiff contends that there may be circumstances where a rebuttal report or

### III. Proposed Formal Amendments to Scheduling Order

The parties stipulate to, and request Court approval of, the following proposed amendments to the scheduling order as follows:

| Event | Date |
|---|---|
| Deadline for Defendant's Expert Disclosures | May 21, 2012 (45 days from records inspection to occur on April 4, 2012) |
| Deadline for Plaintiff to disclose any appropriate rebuttal expert or expert opinions | June 11, 2012 (21 days after Defendant's expert disclosure) (see FN 2) |
| Discovery Cut-Off | July 20, 2012 |
| Deadline for Dispositive Motions | August 20, 2012 |
| Deadline for Pretrial Order | September 21, 2012 |

Dated this 23rd day of March, 2012.                    Dated this 23rd day of March, 2012.

**PAUL & PERKINS, P.A.**                                **SANTORO WHITMIRE**

/s/ J. Scott. Murphy                                    /s/ James E. Whitmire

J. Scott Murphy, Esq.  (NBN 08197)      James E. Whitmire, Esq. (NBN 6533)
3117 Edgewater Drive                    Jason D. Smith, Esq. (NBN 9691)
Orlando, Florida  32804                 10001 Park Run Drive
*Attorneys for Plaintiff*               Las Vegas, NV 89145
                                        *Attorneys for Defendant*

IT IS SO ORDERED.

Dated: _____March 27_____, 2012

_____
UNITED STATES MAGISTRATE JUDGE

---

(continued)
opinions may be appropriate. The parties are attempting to reserve their respective positions while concurrently submitting this proposed amended scheduling order.

- 4 -

SANTORO WHITMIRE
10001 Park Run Drive, Las Vegas, Nevada  89145
(702) 948-8771 – fax (702) 948-8773